# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MARTIN S. HANCOCK )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.
)
JOSEPH R. HANCOCK )
)
    Defendant. )

**04 11989 MEL**

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Martin S. Hancock, being first duly sworn, on oath states:

1. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all the facts stated in this affidavit are true and correct.

2. I am the Plaintiff in this cause of action and I make this affidavit in support of the attached Motion for a Preliminary Injunction in good faith.

3. I owned and managed the following businesses at 190 Littleton Road, Westford, Massachusetts, Middlesex County 01886, Hancock Law Office and Hancock Real Estate.

4. I had an oral lease with Joseph R. Hancock, my father, for the lease of office space, computer access, and office supplies.

5. In consideration, I performed collection work for my father's business New Dimensions Financial Services, Inc. d/b/a Hancock Tax & Financial Service ("HTFS").

6. On August 12, 2004, employees of HTFS under the direction and orders of my father, Joseph R. Hancock, locked me out of my own law office and real estate business.

-1-

7. Since August 12, 2004, I have been denied access to my office, mail, investment files, and computer files.

8. On August 16, 2004, I was permitted to remove the majority of my physical files and personal effect under police supervision.

9. However, all of my legal collection files were missing from my Legal Assistant, Jennifer Poissant's desk.

10. An employee of HTFS, Joyce Wright refused to turn over my collection files over to me and attempted to claim they had returned those files to me, when in fact they have not.

11. I have upcoming court hearings on those cases and need immediate access to my collection files to prepare for those hearings.

12. Joyce Wright also refused to permit me to download my computer files off the Defendant's computer network.

13. My computer files are maintained on HTFS's computer network system under the directories K:\LEGAL\ and K:\DOC\.

14. On August 23, 2004, I telephoned HTFS to make arrangements to download my computer files off the Defendant's computer network.

15. However, Joyce Wright denied my request again.

16. The information contained in my collection files and computer files is confidential and contains my mental impressions, legal strategies, notes, conclusions, and opinions.

17. My computer files contain all my legal documents that are necessary to operate my law firm.

18.   If the Defendant and his agents, employees, and servants are not immediately enjoined, the confidentiality of my client's files will be violated, if it has not already been violated.

The foregoing statements are made under the pains and penalties of perjury this ____ day of September 2004.

_____
Martin S. Hancock

## COMMONWEALTH OF MASSACHUSETTS

Middlesex, SS.

On this 14th day of September, 2004, before me, Devin Gray, the undersigned Notary Public, personally appeared Martin S. Hancock, proved to me through satisfactory evidence of identity, which was Massachusetts driver's license number S2452944, to be the person whose name was signed on the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

_____
NOTARY PUBLIC

_____
Devin Gray
Printed Name of Notary

Devin Gray
Notary Public
Commission Expires 3/7/2008

My Commission Expires: _____

-3-