UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN S. HANCOCK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| JOSEPH R. HANCOCK ) | **04 11989 MEL** |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

TO:   Joseph R. Hancock
      4809 Neptune Court
      Flower Mound, TX 75022

  PLEASE TAKE NOTICE that the Plaintiff will at Room Courtroom No. 8, 3rd Floor, United States District Court, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Boston, Massachusetts 02210 on October 7, 2004, at 2:15p.m. or as soon thereafter as the court will hear counsel, move for a Preliminary Injunction, a copy of Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for Preliminary Injunction, Verified Complaint and Demand for Jury Trial, Affidavit in Support of Motion for Preliminary Injunction, and Preliminary Injunction is attached to this notice and served upon you.

Dated: September 13, 2004

                Plaintiff
                By his Attorney

                /s/ Martin S. Hancock
                Martin S. Hancock, Esq.
                (B.B.O. No. 657223)

                MARTIN HANCOCK
                35 Pratt Ave., Suite 4
                Lowell, MA 01851
                Telephone: (978) 376-2843