**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MARTIN S. HANCOCK
        Plaintiff

V.

JOSEPH R. HANCOCK
        Defendant

CIVIL ACTION

NO.   04-11989-MEL

**SETTLEMENT ORDER OF DISMISSAL**

**LASKER, S.D.J.**

The Court having been advised on Octobert 14, 2004 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                              By the Court,

October 15, 2004                      /s/George H. Howarth
    Date                                     Deputy Clerk