UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARTIN S. HANCOCK ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 04-11989 |
| ) | |
| JOSEPH R. HANCOCK ) | |
| ) | |
|     Defendant. ) | |

### *NOTICE OF DISMISSAL*

Now comes the Plaintiff, Martin S. Hancock in the above-captioned matter and moves this Court pursuant to Fed. R. Civ. P. 41 (a) (1) (i) to dismiss this action ~~with prejudice~~ *without prejudice*, without costs and waiving all rights of appeal. The Plaintiff states that the Defendant has not filed an answer or motion for summary judgment in this action.

        Respectfully submitted,
        Plaintiff,
        By his Attorney,

        _____
        Martin S. Hancock (BBO# 657223
        MARTIN HANCOCK
        35 Pratt Ave., Suite 4
        Lowell, MA 01851
        (978) 376-2843